**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ÁLVARO H.S.,

Petitioner,

v.

TODD BLANCHE, *Attorney General*;

MARKWAYNE MULLIN, *Secretary, U.S. Department of Homeland Security*;

DAVID VENTURELLA, *Acting Director, Immigration and Customs Enforcement*;

DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*,

Respondents.

Civil No. 26-4608 (JRT/DLM)

**ORDER**

---

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. If Petitioner is being detained in Minnesota, Respondents are **ENJOINED** from removing, transferring, or otherwise facilitating the removal of Petitioner from the District of Minnesota until the Court issues an order on the pending Petition for Writ of Habeas Corpus (Docket No. [1]).

a. Respondents may request permission from the Court to move Petitioner if unforeseen or emergency circumstances arise which require Petitioner to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. The Court will then determine whether to grant the request and permit transfer of Petitioner.

b. If Petitioner has already been removed from Minnesota, Respondents are **ORDERED** to immediately return Petitioner to Minnesota.

2. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner by **no later than 4:00 p.m. on October 29, 2026**, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

3. Respondents' answer should include:

a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

i. If Respondents should produce a warrant, Respondents shall provide sufficient details to establish the validity of the warrant, and

ii. Respondents shall produce all exhibits in unredacted form or shall request leave of the Court to provide redacted versions;

b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims, including why Petitioner should not be released immediately, without conditions;

c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

d. Whether the absence of a valid warrant preceding Petitioner's arrest necessitates Petitioner's immediate release.

4. If Petitioner intends to file a reply to Respondents' answer, he must do so by **no later than 4:00 p.m. on October 30, 2026**. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

DATED: October 27, 2026
at Minneapolis, Minnesota.

_________/s/ John R. Tunheim______
JOHN R. TUNHEIM
United States District Judge